UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ANTHONY JOSHUA GAGE** | **CIVIL ACTION NO. 16-256-P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE HORNSBY** |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and determining that the findings of the Magistrate Judge are correct under the applicable law;

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Record Document 1) is **dismissed without prejudice** for failure to exhaust state remedies prior to filing the instant 28 U.S.C. § 2254 petition.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of November, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE